UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:06-CR-46 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| WAYNE MERRELL | ) | |
| | ) | |

**O R D E R**

For the reasons set forth in the accompanying memorandum, it is **ORDERED** the Court

**ACCEPTS** and **ADOPTS,** with modification, the magistrate judge's report and recommendation

(Court File No. 47) pursuant to 28 U.S.C. § 636(b)(1)(C) and Defendant's motions to suppress

(Court File Nos. 34, 35) and request for a *Franks* hearing are hereby **DENIED.**


**SO ORDERED.**

**ENTER:**


**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**